EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2019 TSPR 201 |
| Alfredo J. López Jiménez | 203 DPR _____ |

Número del Caso: TS-14,790

Fecha: 28 de octubre de 2019

Abogados de la parte peticionaria:

      Lcda. Daisy Calcaño
      Lcdo. Raúl Rodríguez

Materia: Reinstalación al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:



Alfredo J. López Jiménez

                              TS-14,790








                          RESOLUCIÓN

    En San Juan, Puerto Rico, a 28 de octubre de 2019.

        Examinada la *Urgentísima moción en solicitud de reinstalación de la abogacía y la notaría*, presentada por el Sr. Alfredo J. López Jiménez, se provee ha lugar.

        Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.



                        José Ignacio Campos Pérez
                      Secretario del Tribunal Supremo